IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Desiree McCarthy, Individually and As Guardian Ad Litem for minors T.G., D.G, and T.H.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>County fo Sacramento, Faye Rutherford, Jana Thoftne, Brandy Lomack, Christy Bomback, Marlene Albright, George Moschske, City of Rancho Cordova, and DOE Officers,<br><br>　　　　Defendants.<br>_____ | 2:11-cv-01273-GEB-KJN<br><br>ORDER |

　　　　Plaintiff Desiree McCarthy has applied to proceed in forma pauperis ("IFP") in this action under 28 U.S.C. § 1915. Subsection (a)(1) of § 1915 prescribes:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses and that the person is unable to pay such fees or give security therefore.

　　　　Plaintiff's affidavit filed in support of her IFP application is incomplete. Although she avers she is unemployed, she does not provide the date of her last employment, amount of "take-home salary or wages and pay period," or contact information for her last employer, as required under question 2(b) of her affidavit. Further, although

1  Plaintiff declares she has received "disability or workers compensation
2  payments" in the last twelve months, she does not provide the source of
3  money, amount received and what she expects to continue to receive, as
4  required under question 3. Therefore, the motion is denied without
5  prejudice.
6  Dated:  June 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge