IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Desiree McCarthy, Individually and As Guardian Ad Litem for minors T.G., D.G, and T.H., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>County of Sacramento, Faye Rutherford, Jana Thoftne, Brandy Lomack, Christy Bomback, Marlene Albright, George Moschske, City of Rancho Cordova, and DOE Officers, <br><br>　　　　　Defendants. | 2:11-cv-01273-GEB-KJN <br><br>ORDER |

　　　　Plaintiffs' application to proceed in forma pauperis was denied on June 22, 2011, and Plaintiffs have not paid their filing fee. (ECF No. 6.) Therefore, Plaintiffs shall pay their filing fee by September 2, 2011, or this case will be dismissed.

　　　　Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 29, 2011 is continued to October 3, 2011 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

　　　　IT IS SO ORDERED.

Dated: August 26, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge

1