IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Desiree McCarthy, Individually and As Guardian Ad Litem for minors T.G., D.G, and T.H., | ) ) ) ) | 2:11-cv-01273-GEB-KJN |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| County of Sacramento, Faye Rutherford, Jana Thoftne, Brandy Lomack, Christy Bomback, Marlene Albright, George Moschske, City of Rancho Cordova, and DOE Officers, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

      An order issued directing Plaintiffs to "pay their filing fee by September 2, 2011," and warning Plaintiffs that this case would be dismissed if the filing fee was not paid by this date. (ECF No. 8.) Since Plaintiffs have failed to pay their filing fee as ordered, this action is DISMISSED.

Dated:  September 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1