1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                    FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   Desiree McCarthy, Individually    )
    and As Guardian Ad Litem for      )    2:11-cv-01273-GEB-CKD
8   minors T.G., D.G, and T.H.,       )
                                      )
9            Plaintiffs,              )    ORDER TO SHOW CAUSE AND
                                      )    CONTINUING STATUS (PRETRIAL
10           v.                       )    SCHEDULING) CONFERENCE; FED.
                                      )    R. CIV. P. 4(M) NOTICE
11  County of Sacramento, Faye        )
    Rutherford, Jana Thoftne, Brandy  )
12  Lomack, Christy Bomback, Marlene  )
    Albright, George Moschske, City   )
13  of Rancho Cordova, and DOE        )
    Officers,                         )
14                                    )
             Defendants.              )
15  _____ )

16       The November 1, 2011, Order Setting Status (Pretrial

17  Scheduling) Conference ("Order") scheduled a status conference in this

18  case on February 27, 2012, and required the parties to file a joint

19  status report no later than fourteen (14) days prior to the Status

20  Conference. The Order further required that a status report be filed

21  regardless of whether a joint report could be procured. No status report

22  was filed as ordered.

23       Therefore, Plaintiffs are Ordered to Show Cause ("OSC") in a

24  writing to be filed no later than February 27, 2012, why sanctions

25  should not be imposed against them and/or their counsel under Rule 16(f)

26  of the Federal Rules of Civil Procedure for failure to file a timely

27  status report. The written response shall also state whether Plaintiffs

28  or their counsel are at fault, and whether a hearing is requested on the

                                      1

1  OSC.[1] If a hearing is requested, it will be held on April 23, 2012, at

2  9:00 a.m., just prior to the Status Conference, which is rescheduled to

3  that date and time. A status report shall be filed no later than

4  fourteen (14) days prior to the Status Conference.

5      Further, Plaintiffs are notified under Rule 4(m) of the

6  Federal Rules of Civil Procedure that failure to serve any defendant

7  with process within the 120 day period prescribed in that Rule may

8  result in the unserved defendant(s) being dismissed. To avoid dismissal,

9  on or before March 2, 2012, Plaintiffs shall file proof of service for

10 each defendant or a sufficient explanation why service was not effected

11 within Rule 4(m)'s prescribed service period.

12      IT IS SO ORDERED.

13 Dated:  February 16, 2012

14

15 _____
   GARLAND E. BURRELL, JR.
16 United States District Judge

17

18

19

20

21

22

23

24

---

25  [1]  "If the fault lies with the attorney, that is where the impact
26 of sanction should be lodged.  If the fault lies with the clients, that
   is where the impact of the sanction should be lodged." Matter of
27 Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied,
   471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their
28 consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387
   (9th Cir. 1985).

2