IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Desiree McCarthy, Individually and As Guardian Ad Litem for minors T.G., D.G, and T.H.,<br><br>    Plaintiffs,<br><br>    v.<br><br>County of Sacramento, Faye Rutherford, Jana Thoftne, Brandy Lomack, Christy Bomback, Marlene Albright, George Moschske, City of Rancho Cordova, and DOE Officers,<br><br>    Defendants. | 2:11-cv-01273-GEB-CKD<br><br>ORDER OF DISMISSAL |

        Plaintiffs were required to respond to an Order filed February 17, 2012, by either filing proof that each defendant was served with process or a document showing good cause for Plaintiffs' failure to serve Defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 15, 2:5-11.) This filing was due no later than March 2, 2012. Id. The February 17, 2012, Order warned Plaintiffs that failure to make the required showing by the deadline would result in the dismissal of the unserved defendant(s). Id.

///

1    Plaintiffs failed to respond to the February 17, 2012, Order
2 by this deadline. Therefore, this action is dismissed without prejudice.
3    IT IS SO ORDERED.
4 Dated:  March 8, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2